

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLSTATE INSURANCE COMPANY, et al.

          Petitioners,

-against-

THE RYBAK FIRM, PLLC,

          Respondent.

20-MC-262 (GBD) (BCM)

**ORDER *SUA SPONTE* EXTENDING TIME**

**BARBARA MOSES, United States Magistrate Judge.**

Because respondent was served on July 30, 2020, its response to petitioners' motion to compel was due August 13, 2020, per Local Civil Rule 1.6. The Court *sua sponte* extends respondent's deadline to respond until **August 24, 2020.**

Dated: New York, New York
       August 20, 2020

**SO ORDERED**.

_____

**BARBARA MOSES**
**United States Magistrate Judge**